No. 75–110.   SAKRAIDA *v.* AG PRO, INC., 425 U. S. 273;
No. 75–1240.   RODRIGUEZ ET AL. *v.* UNITED STATES, 425 U. S. 999; and
No. 75–6152.   PRESTON, AKA RILLA *v.* GRAY, WARDEN, 425 U. S. 976.   Petitions for rehearing denied.

JUNE 23, 1976

No. 75–6788.   HOWELL *v.* MISSISSIPPI STATE PROBATION AND PAROLE BOARD; and BROOKS *v.* MISSISSIPPI STATE PROBATION AND PAROLE BOARD. Sup. Ct. Miss. Certiorari dismissed under this Court's Rule 60. Reported below: 330 So. 2d 565 (first case); 330 So. 2d 567 (second case).